Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WA MEI MARIA PANG., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | No. 2:22-cv-231-RSM <br><br> STIPULATED MOTION FOR EXTENSION OF DEADLINE <br><br> Noted for Consideration: <br> May 20, 2022 |

Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-829.  The petition seeks to remove conditions on Plaintiff's and her two children's permanent residence and complete the immigration process. Defendants' deadline to respond to the Complaint is May 27, 2022.  For good cause, the parties request that this deadline be extended to July 26, 2022.

USCIS is actively processing Plaintiff's Form I-829 petition.  However, the adjudicator requires the alien files ("A-files") from Plaintiff and the derivative beneficiaries to decide.  All A-files have been ordered and the adjudicator has received Plaintiff's A-file.  Once the derivative beneficiaries' A-files are received, an initial adjudication will be made.  Providing the A-files arrive in a timely manner, USCIS anticipates that this can be completed within 60 days.

STIPULATED MOTION FOR EXTENSION - 1
(22-cv-231-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties stipulate and request that Defendants' time to respond to the Complaint be extended to July 26, 2022.

Dated: May 20, 2022                                                                 Respectfully submitted,

>                                                                NICHOLAS W. BROWN
>                                                                United States Attorney
>
>                                                                 s/Michelle R. Lambert
>                                                                MICHELLE R. LAMBERT, NYS #4666657
>                                                                Assistant United States Attorney
>                                                                United States Attorney's Office
>                                                                1201 Pacific Avenue, Suite 700
>                                                                Tacoma, Washington 98402
>                                                                Phone:  206-428-3824
>                                                                Email:  michelle.lambert@usdoj.gov
>                                                                *Attorneys for Defendants*
>
>
>                                                                 s/Greg Boos
>                                                                GREG BOOS, WSBA#8331
>                                                                Cascadia Cross-Border Law
>                                                                1305 11th Street, Ste. 301
>                                                                Bellingham, Washington 98225
>                                                                Phone: 360-671-5945
>                                                                Email:  gdboos@cascadia.com
>
>
>                                                                 s/Martin J. Lawler
>                                                                MARTIN J. LAWLER, CSBN 77127*
>                                                                Lawler & Lawler
>                                                                1045 Mason Street, Ste. 401
>                                                                San Francisco, California 94108
>                                                                Phone: 415-391-2010
>                                                                Email:  mlawler@aboutvisas.com
>                                                                *PHV application pending
>
>                                                                *Attorneys for Plaintiff*

**ORDER**

Defendants shall respond to the Complaint on or before July 26, 2022.  It is so **ORDERED**.

DATED this 1st day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION FOR EXTENSION - 3
(22-cv-231-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970