Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WA MEI MARIA PANG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. 2:22-cv-231-RSM<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>June 9, 2022 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's Form I-829.  USCIS has approved the petition and the case is now moot. Accordingly, the above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//
//
//
//

STIPULATED MOTION TO DISMISS    - 1
(22-cv-231-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Dated: June 9, 2022 | Respectfully submitted,<br><br>NICHOLAS W. BROWN<br>United States Attorney<br><br> *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  206-428-3824<br>Email:  michelle.lambert@usdoj.gov<br>*Attorneys for Defendants*<br><br><br>*s/Greg Boos*<br>GREG BOOS, WSBA#8331<br>Cascadia Cross-Border Law<br>1305 11th Street, Ste. 301<br>Bellingham, Washington 98225<br>Phone: 360-671-5945<br>Email:  gdboos@cascadia.com<br><br><br>*s/Martin J. Lawler*<br>MARTIN J. LAWLER, CSBN 77127*<br>Lawler & Lawler<br>1045 Mason Street, Ste. 401<br>San Francisco, California 94108<br>Phone: 415-391-2010<br>Email:  mlawler@aboutvisas.com<br>*PHV<br><br>*Attorneys for Plaintiff* |

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 14th day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE